# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1818
Lower Tribunal No. 2020-CA-002201-0001-XX

_____

DANIEL HEMMER and TERESA HEMMER,

Appellants,

v.

STATE FARM FLORIDA INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and MIZE, JJ., concur.

Donald G. Peterson, Floyd S. Yarnell, Jonathan M. Weirich, and Timothy D. Edwards, of Yarnell & Peterson, P.A., Naples, for Appellants.

Scot E. Samis, C. Ryan Jones, and Brandon R. Christian, of Traub Lieberman Straus & Shrewsberry, LLP, St. Petersburg, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED